IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CV412-84 |
| $986,042.87 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

## ORDER TO STAY

Having reviewed and considered the government's Motion to Stay Civil Forfeiture Proceeding and Memorandum of Support Thereof, the Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the government to prosecute the related criminal case.

IT IS HEREBY ORDERED that civil forfeiture case number CV412-84, is stayed until the related criminal case (4:12-CR-141) has been disposed of at the trial court level either through a verdict or by way of a plea.

IT IS FURTHER ORDERED that plaintiff shall notify the Court of the disposition of criminal case number 4:12-CR-141 no later than thirty (30) days following said disposition.

This 10TH day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA