FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 DEC 22 PM 2:41
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CV412-084 |
| ) | |
| $986,047.87 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# O R D E R

Before the Court is the Government's combined Motion to Lift Stay and Motion to Dismiss. (Doc. 28.) In its motion, the Government requests that the Court lift the stay on this case and dismiss the Complaint for Forfeiture In Rem. (Id. at 1-2.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

After careful consideration, the Court finds the terms outlined in the Government's motion to be proper. The disposition of the Defendant Currency has been settled pursuant to a plea agreement in the related criminal case, CR412-141. (Doc. 28 at 3-4.) According to the plea agreement, the whole of the property in question has been forfeited to the United States, except for $6,042.87 set aside to satisfy a pending tax lien in Chatham County,

Georgia. (Id.) Further, the Court notes that no party has responded in opposition to the Government's motion. Accordingly, the Government's motion (Doc. 28) is **GRANTED** and the stay is hereby **LIFTED** and the complaint **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of December 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA