# United States District Court
## Southern District of Georgia

United States of America

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV412-84

$ 986,047.87 in United States Currency

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 22, 2014, granting the Government's Motion to Dismiss; this action stands closed.



December 22, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk